# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ZEN-NOH GRAIN CORPORATION

VERSUS

SOUTH LOUISIANA METHANOL,
LP, AND GUMBO LANDCO, LLC

NO.   2025 CW 0614

**SEPTEMBER 22, 2025**

---

In Re:    South Louisiana Methanol, LP, applying for supervisory
          writs, 22nd Judicial District Court, Parish of St.
          Tammany, No. 202410052.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

   **WRIT DENIED.**

                         SMM
                         BDE
                         WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT